**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01307-CV

## IN RE: BARRY BRAY, AS NEXT FRIEND FOR JOHN DOE, A MINOR, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-014201**

## ORDER
Before Justices Lang, Brown, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus and we **DENY AS MOOT** relator's motion for expedited consideration or interim relief.

/s/    ADA BROWN
       JUSTICE